FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

6.18.2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.   3:25-cr- 128-MMH-PDB

ABIGAIL PAYTON

## MOTION FOR CAPIAS

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, moves this Court to issue a capias for Abigail

Payton, against whom an indictment was returned in the Jacksonville Division of the

Middle District of Florida.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: _____
KELLI A. SWANEY
Assistant United States Attorney
Florida Bar No. 91759
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310
E-mail: kelli.swaney@usdoj.gov